UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

AARON NICHOLAS HERNANDEZ,

       Petitioner,

v.

RANDEE REWERTS,

       Respondent.
_____/

Case No. 1:18-cv-690

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:   September 12, 2018           /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge